# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QASHIME WAGNER,** | : | **CIVIL ACTION** |
| *Petitioner-pro se*, | : | |
| v. | : | **NO. 25-902** |
| **HOWARD SISSEM, et al.**, | : | |
| *Defendants*. | : | |

# ORDER

**AND NOW**, this 10th day of November 2025, upon consideration of *pro se* Petitioner Qashime Wagner's ("Petitioner") *petition for writ of habeas corpus*, ("Petition") filed pursuant to 28 U.S.C. § 2254, (ECF 2), Petitioner's memorandum, (ECF 3), and exhibits, (ECF 4), Respondents' response in opposition, (ECF 16), the *Report and Recommendation*, issued by the Honorable Scott W. Reid, United States Magistrate Judge, which recommended that the Petition be denied, (ECF 19), Petitioner's *motion to file objections*, (ECF 21), and after conducting a *de novo* review of the objections as construed, it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

1. The *Report and Recommendation* is **APPROVED** and **ADOPTED**;

2. The objections to the *Report and Recommendation* are without merit and **OVERRULED**;

3. The Petition for a *writ of habeas corpus*, (ECF 2), is **DISMISSED**; and

4. No probable cause exists to issue a certificate of appealability.[1]

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] A district court may issue a certificate of appealability only upon "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When a district court rejects a constitutional claim on the merits, the petitioner must "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Lambert v. Blackwell*, 387 F.3d 210, 230 (3d Cir. 2004). When a district court denies a *habeas* petition on procedural grounds, the prisoner must show "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack*, 529 U.S. at 484. Because this Court concludes Petitioner has not demonstrated that reasonable jurists would find this Court's assessment "debatable," there is no basis for the issuance of a certificate of appealability here.